# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICHAEL SNEED**                                                                              **PLAINTIFF**

v.                                         No. 3:18-cv-103-DPM

**SHELTER MUTUAL INSURANCE COMPANY**                **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 30 August 2019 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_1 August 2019_